# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

129133

DOROTHY JONES, as Personal
Representative of the Estate of
DENISE MICHELLE JONES,
Deceased,
         Plaintiff-Appellant,

v

AARON REYNOLDS, MUSTAPHA
ATAT, a/k/a CRAZY MOE MUSTAPHA,
a/k/a MOE ATAT, and MARSHA
DESIREE HUMPHREY,
         Defendants,

and

CITY OF LINCOLN PARK, WILLIAM
KISH III, JOSEPH LAVIS, DOUGLAS
MUNCY, and MOHAMED NASSER,
         Defendants-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129133
COA: 250616
Wayne CC: 01-143011-NI

_____/

On order of the Court, the application for leave to appeal the April 7, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

Clerk

l0221